

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS ANTHONY MIRANDA, | Case No. CV 11-0162-SJO (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| CC II LOWBOWSKI, et al., | |
| Defendant. | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: __July 29, 2011__



_____
S. James Otero
United States District Judge

JS - 6/ENTER